Marlin DAVIS, Petitioner—Appellant,

v.

WARDEN, Federal Correctional Institution at Estill, Respondent—Appellee.

No. 08–7683.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2009.

Decided: July 21, 2009.

Marlin Davis, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlin Davis, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. Davis also appeals the district court's order summarily denying his Fed.R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Davis v. Warden,* No. 3:07–cv–00606–HFF, 2008 WL 410111 (D.S.C. filed Feb. 12, 2008 & entered Feb. 13, 2008); (July 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*